GLASS ET AL. *v.* HANCOCK COUNTY ELECTION COMMISSION ET AL.

No. 853.   Decided June 22, 1964.

*Upton Sisson* for appellants.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.